IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )       MISC. ACTION NO.
     v.                      )        2:20mc3908-MHT
                             )            (WO)
REGIONS BANK,                )
Birmingham, Alabama,         )
                             )
     Garnishee,              )
                             )
BONNIE SUE STRICKLAND,       )
                             )
     Defendant.              )
```

FINAL DISPOSITION ORDER

Before the court is the government's motion for entry of a final disposition order (doc. no. 8).  The garnishee has answered the writ of garnishment, stating that it has in its possession funds of the defendant, and the defendant has filed no objection to the garnishment.

Accordingly, it is ORDERED that the motion is granted, and the garnishee shall turn over all funds identified as belonging to the defendant, Bonnie Sue Strickland, to the Clerk, U.S. District Court, One Church

street Suite B-110, Montgomery, AL  36104, to be applied to the restitution ordered in Criminal Case No. 2:19CR371.

This case is closed.

DONE, this the 22nd day of June, 2020.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**